UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JUSTIN KADELL KENNEDY,<br><br>　　　　Defendant. | Case No.  2:23-mj-00149-KJN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JUSTIN KADELL KENNEDY ,

Case No. 2:23-mj-00149-KJN , Charge 21 USC § 841, from custody for the following reasons:

\_\_\_\_\_   Release on Personal Recognizance

\_\_\_\_\_   Bail Posted in the Sum of $_____

　　　X   Unsecured Appearance Bond $ 50,000.00

\_\_\_\_\_   Appearance Bond with 10% Deposit

\_\_\_\_\_   Appearance Bond with Surety

\_\_\_\_\_   Corporate Surety Bail Bond

\_\_\_\_\_   (Other):   The defendant release is delayed until, 11/30/2023 at 9:00 AM.

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 29, 2023, at 2:30.

By: _/s/ Allison Claire_

Magistrate Judge Allison Claire